IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS WHITE,

    Plaintiff,                      No. CIV S-08-2365 GGH P

    vs.

CSP SOLANO, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of October 28, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 1, 2008 request for an extension of time (Docket # 6) is granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: December 9, 2008

                                          /s/ Gregory G. Hollows
                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:md; whit2365.36