IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS WHITE,

      Plaintiff,                     No. CIV S-08-2365 GGH P

     vs.

CSP SOLANO, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested a 60-days extension of time to file an in forma pauperis form. Plaintiff's request to proceed in forma pauperis was granted with the January 29, 2009, order.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 17, 2009, request for a 60-days extension of time (Docket No. 12) is denied as unnecessary.

DATED: February 24, 2009

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:kly
whit2365.36