1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DOUGLAS WHITE,

11              Plaintiff,                    No. CIV S-08-2365 GGH P

12        vs.

13   CSP SOLANO, et al.,

14              Defendants.                   ORDER

15   _____/

16              On October 17, 2008, plaintiff filed his consent to the jurisdiction of the

17   undersigned (docket #4).  By order filed January 29, 2009, the court granted plaintiff thirty days

18   to file an amended complaint.  In the January 29th order, the court informed plaintiff of the

19   deficiencies in his complaint.  The thirty day period has now expired, and plaintiff has not filed

20   an amended complaint or otherwise responded to the court's order.

21              For the reasons given in the January 29, 2009, order, IT IS HEREBY ORDERED

22   that this action be dismissed with prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

23   DATED: July 6, 2009

24                                            /s/ Gregory G. Hollows

                                             _____
25                                           GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE
     whit2365.fta
26

                                             1